JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
CAROLINE VAN NESS (SBN 281675)
Caroline.VanNess@skadden.com
CATHERINE H. THOMPSON (SBN 313391)
Catherine.Thompson@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*Changsha Metro Group Co., Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHANGSHA METRO GROUP CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>PENG XUFENG, et al.,<br><br>    Defendants.<br><br>PENG XUFENG, et al.,<br><br>    Counterclaimants,<br><br>v.<br><br>CHANGSHA METRO GROUP CO., LTD.,<br><br>    Counterdefendant. | CASE NO.: 5:18-CV-02159-SVW-SHK<br><br>PLAINTIFF CHANGSHA METRO GROUP CO., LTD.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1<br><br>Judge: Hon. Stephen V. Wilson<br>Complaint Filed: September 7, 2018 |

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

## CORPORATE DISCLOSURE STATEMENT

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for CHANGSHA METRO GROUP CO., LTD. ("Changsha") states as follows:

- Changsha is wholly owned by the Financial Bureau of the Changsha Municipal Government

DATED: October 31, 2018        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Lance A. Etcheverry*
   LANCE A. ETCHEVERRY
   Attorneys for Plaintiff
   Changsha Metro Group Co., Ltd.