**Declaration of Jason Peng in Support of Inherent Power/All Writs Act Motion**

I, Jason Peng, am of full mental capacity.  I make the following declaration on personal knowledge unless otherwise stated.  If called upon, I could competently testify to the following facts relevant to the attached motion:

1. I was C.E.O. of Plaintiff Changsha Metro for the periods roughly stated in this matter's complaint.

2. I am an engineer by training and know in intricate detail China's homegrown version of magnetic levitation technology.

3. I am expert on China's world leading core magnetic levitation technology especially regarding the breakthroughs that have allowed China to weaponize maglev.

4. My knowledge of those core maglev breakthroughs extends to the intricacies related to China's aircraft carrier EMALS, rail guns, maritime propulsion, military transport logistics, and rocket/cruise missile launch systems.

5. China seeks to surpass the U.S. military.  China is betting that weaponized maglev will be key to that ambition.  Changsha Metro is a centrally planned part of maglev weaponization.

6. China is world leader in magnetic levitation technology as it has made major electrical engineering breakthroughs in that technology.  Changsha Metro, and its subsidiary R&D organizations, made possible many of those breakthroughs in electrical engineering under my direction.

7. Changsha Metro is part of China's military industrial complex.  It is part of China's centrally planned program to advance and weaponize magnetic levitation technology.

8. Changsha Metro is a multibillion dollar 100% Chinese State-Owned Enterprise.  On the civilian side, Changsha Metro services 700,000 customers on a daily basis.  It will soon employ close to 30,000 employees.

9. Chinese State-Owned Enterprises are very different than U.S. companies as they are controlled by the government, taking government instructions on a daily

basis. As C.E.O. of Changsha Metro, I was equivalent in government position as the mayor of Changsha, a city of 8 million.

10. As C.E.O. of Changsha Metro, everyday I received and had to implement directions from the government on how to conduct the affairs of Changsha Metro.

11. Given how sensitive Changsha Metro's dual-use technology is, government policy makers are inextricably involved with the company on a daily basis.

12. Despite its size and history, Changsha Metro has never been in a lawsuit even in China. The unprecedented lawsuit against me should be Changsha Metro's first.

13. I suspect China is trying to undermine me and my wife's U.S. asylum petition now pending due to political persecution. China knows I have an asylum petition pending as I told the leader, Chen Jian, of the illegal hit-squad China sent to the U.S. last year to harass me that I am seeking asylum.

14. As C.E.O. of Changsha Metro, I was bound to follow China's State-Owned Enterprise Act. A C.E.O. of any Chinese State-Owned Enterprise would never dare to unilaterally act to file a lawsuit in the United States as that would be an extraordinary measure requiring central government approval under article 34 of China's State-Owned Enterprise Act.

15. As C.E.O. of Changsha Metro, I would send several authorization requests to government policy makers on a daily basis.

16. Despite my departure from the company, Changsha Metro's current leaders are still engaging with the Chinese government on a daily basis for authorizations.

17. It is not just unlikely, but impossible, Changsha Metro's current executives asked the government if it could file a U.S. lawsuit as litigation is not something executives at Chinese state-owned enterprise ever consider. Litigation is just not in the culture at Chinese state-owned enterprises.

18. As C.E.O. of Changsha Metro, I also knew the company was inextricably and directly tied to China's military industrial complex. Changsha Metro's information is subject to China's State Secrets Act as Changsha Metro is a key part of China's maglev weaponization program.

19. No C.E.O. of Changsha Metro would dare directly solicit a U.S. law firm without express government approval. The solicitation of a U.S. law firm, alone, would be considered a criminal violation of China's State Secrets Act given the sensitive nature of Changsha Metro's business.

20. The only possible way this litigation occurred is because the central government in Beijing unilaterally decided to commandeer Changsha Metro's name and hide behind it as a scheme to continue its political persecution of my wife and me.

21. The photos in Exhibit 6, are from a steering committee meeting a couple years ago between Changsha Metro, the government, the National Defense University of Science and Technology, and the Naval Engineering University (i.e, Rear Admiral Ma Weiming's R&D group).  The purpose of that meeting regarded further weaponization of China's maglev technology through the Hunan Maglev Technology Research Center.

22. I was director of Hunan Maglev Technology Research Center.  It is a conglomerate of the organizations mentioned in the section immediately above engaged in weaponized maglev research.

23. I was also director of the R&D center between Changsha Metro and Zhuzhou CRRC Times Electric.  The center's purpose was to also further China's maglev technology.

24. As is clear from the media exhibits attached to the motion, Rear Admiral Ma Weiming is arguably the world's most prominent electrical engineer.  It is not a coincidence Changsha Metro is involved in Admiral Ma Weiming's military projects.

25. Zhuzhou CRRC Times Electric and Changsha Metro's relationship is correctly stated in the motion.  Zhuzhou CRRC's IGBT chipset is a necessary component of weaponized maglev.  It is not a coincidence I signed on Changsha Metro's behalf Zhuzhou CRRC's first IGBT semiconductor contract.

26. Zhuzhou CRRC was intentionally located in Hunan to be near to the heart of China's maglev industry.

27. The photos in Exhibit 3, are from the media day I had unveiling Fu Kui's CCDI propaganda campaign at Changsha Metro.  I personally know Fu Kui as he wanted me to bear false witness against political enemies of President Xi

Jinping. I refused, and have been crushed by China's CCDI for daring to stand up to the tyranny.

28. Changsha Metro spent around $700,000 of its own funds to develop that CCDI campaign at Fu Kui's direction. Fu Kui ordered me to develop the propaganda campaign as 700,000 passengers use Changsha Metro's rail services on a daily basis. Fu Kui ordered me to also include his own slogans to put next to legendary Chinese leaders like Mao Zedong.

29. The circumstances regarding my kidnapped U.S. citizen son stated in the motion, and how he has been used as a pawn by Fu Kui, is correct. The U.S. State Department is involved regarding my detained son.

30. China did, in fact, send a hit-squad to harass me last year on U.S. soil lead by a high government official in China's Public Security Bureau apparatus named Chen Jian.

31. The Exhibit 11, photo is a true and correct one of my smashed home window that occurred not too long after I moved into my new home. The unusual circumstances is the police showed up first at my home in response to an anonymous call asking who at my home called the police. As neither my wife or I called, the police left. Three minutes later, the back window was smashed.

I declare under penalty of perjury under the law of the United States of America that the foregoing declaration is true and correct.

Jason Peng Xufeng
Declarant

November 12, 2018