GJW-3



# COMMONWEALTH OF AUSTRALIA

*Mutual Assistance in Criminal Matters Act 1987*

AUTHORISATION TO APPLY FOR REGISTRATION OF A FOREIGN RESTRAINING ORDER UNDER SECTION 34(3)

To Andrew Colvin APM AOM, Commissioner of the Australian Federal Police, a proceeds of crime authority within the meaning of the *Mutual Assistance in Criminal Matters Act 1987*.

WHEREAS:

(a) The People's Republic of China, a foreign country, has requested the enforcement of a restraining order, issued by the Intermediate People's Court of Yueyang City, Hunan Province on 3 August 2018 in respect of property as set out in the order which is reasonably suspected of being located in Australia;

(b) the restraining order was made in respect of the alleged commission by Peng Xufeng and Jia Siyu of the following serious offences:

- accepting bribes contrary to Article 385 of the Criminal Law of the People's Republic of China (China's Criminal Law)

- money laundering contrary to Article 191 of China's Criminal Law

NOW THEREFORE I, Erin Wells, Acting Assistant Secretary, International Crime Cooperation Central Authority, Attorney-General's Department, the Commonwealth of Australia, pursuant to Part 7 of Schedule 2 of the *Attorney-General's Statutory Powers — Delegation 2018 (No. 1)* and subsection 34(3) of the *Mutual Assistance in Criminal Matters Act 1987*, hereby authorise the Commissioner of the Australian Federal Police, a proceeds of crime authority, to apply for the registration of the restraining order.

Dated this 3rd day of September 2018

*[signature]*

Erin Wells
A/g Assistant Secretary
International Crime Cooperation Central Authority
(Position Number 2502684)

(China filed the current lawsuit 3-4 days later)

P. 41